UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN PABLO-RIVERA,<br><br>                             Petitioner,<br><br>        v.<br><br>JANET NAPOLITANO, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; ERIC HOLDER, ATTORNEY GENERAL; ROBIN BAKER, DIRECTOR OF SAN DIEGO FIELD OFFICE, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; JOHN WILLIAMS, OFFICER-IN-CHARGE,<br><br>                             Respondents. | Civil No.   11cv1302-AJB(CAB)<br><br>**ORDER (1) GRANTING PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL; AND (2) SETTING BRIEFING SCHEDULE** |

Petitioner, an Immigration and Customs' detainee, has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion for appointment of counsel.

Petitioner filed a request for appointment of counsel pursuant to 18 U.S.C. § 3006A concurrently with his petition. Under 18 U.S.C. § 3006A(a)(2)(B), financially eligible habeas petitioners seeking relief pursuant to 28 U.S.C. § 2241 may obtain representation whenever a magistrate judge or the district court "determines that the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Terrovona v. Kincheloe, 912 F.2d 1176, 1181 (9th Cir. 1990). District courts have discretion to appoint an attorney to represent indigent civil litigants upon a showing of exceptional circumstances. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Burns v. County of King, 883 F.2d 819, 823 (9th Cir. 1989). "A finding of exceptional circumstances requires an evaluation of both the 'likelihood of success on the merits and the ability of the plaintiff to articulate

1 his claims *pro se* in light of the complexity of the legal issues involved.'  Neither of these issues is
2 dispositive and both must be viewed together before reaching a decision.'"  <u>Terrell</u>, 935 F.2d at 1017
3 (<u>quoting</u> <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986)).

4     Given the nature of the issues raised in the petition, the Court finds that the appointment of
5 counsel is appropriate.  Accordingly, the Court **GRANTS** Petitioner's request for appointment of
6 counsel and **APPOINTS** Federal Defenders of San Diego, Inc. to represent Petitioner.

7     In addition, Respondents shall file and serve a return to the petition on or before **July 29,**
8 **2011**.  The government's response shall include all documents relevant to the issues raised in the
9 petition.  Petitioner may file a reply to the Government's return on or before **August 26, 2011.**

10     IT IS SO ORDERED.

12 DATED:  June 28, 2011

13                                                     _____
14                                                     Hon. Anthony J. Battaglia
                                                    U.S. District Judge